COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-07-024
-CV

IN RE B.M. 
RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

The court has considered the “Motion Of [B. M.] To Dismiss Stay Order.”

The motion is 
GRANTED
.  This court’s January 30, 2007  stay of the trial court proceedings in cause numbers 323-82263-J and 323-84107-J in the 323
rd
 District Court of Tarrant County, Texas, 
is hereby lifted and the original proceeding is dismissed as moot. 

 
Relator shall pay all costs of this original proceeding
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL A: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED:  February 15, 
2007

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.